**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re:   Darnell Moore                                )
                                                      )   Chapter 13
       Debtor                                         )   Judge Deborah L Thorne
                                                      )   Case # 16-28498

To:
By Mail, See Attached Service List
    MetLife Auto & Home, St Louis Field Claim Office, Attn: Claims, PO Box 6040, Scranton, PA
         18505
By Electronic Notice, Trustee Marilyn Marshall, courtdocs@chi13.com
    US Trustee Patrick S Layng, USTPRegion11.es.ecf@usdoj.gov

## NOTICE OF MOTION

Please take notice that on **September 20, 2017 at 9:30 a.m.** I shall bring the above motion for hearing before Judge Thorne, or whomever is sitting in Judge Thorne's stead, in courtroom 613 at 219 S. Dearborn Street, Chicago, Illinois 60604.

### Certification

I certify that the motion and notice of motion were served by mail to the parties listed on the next page by depositing copies in envelopes addressed to each party with proper postage in the United States mail on August 25, 2017 and by electronic notice through ECF at the above email addresses on August 25, 2017.

                                                      /s/ Meaghan Doyle

                                                      Attorney for Debtor
                                                      Gleason and Gleason
                                                      77 W Washington, Suite 1218
                                                      Chicago, IL 60602
                                                      Ph: (312) 578-9530
                                                      Fax: (312) 578-9524

Label Matrix for local noticing
0752-1
Case 16-28498
Northern District of Illinois
Chicago
Fri Aug 25 13:46:35 CDT 2017

5/3 Bank Cc
5050 Kingsley Dr
Cincinnati, OH 45227-1115

1st Loans Financial
900 S Roosevelt RD
Schaumburg, IL 60193

Adler Wallach & Assoc Inc
POB 6605
Orange, CA 92863-6605

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Arnie Bauer Cadillac
5525 Miller Cir Dr
Matteson, IL 60443-1482

Arnold Scott Harris
111 W. Jackson Ste 400
Chicago, IL 60604-4135

Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365-5010

Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Chase
Bankruptcy Department
PO Box 15145
Wilmington, DE 19850-5145

ChexSystems
7805 Hudson Rd, Ste 100
Saint Paul, MN 55125-1703

Citi Cards
Po Box 6497
Sioux Falls, SD 57117-6497

City of Chicago - Dept of Finance
Administrative Hearings
121 N LaSalle St 107A
Chicago, IL 60602-1232

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL 60604-3517

Comenity Bank/carsons
Po Box 182789
Columbus, OH 43218-2789

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

Daniel R. Zajac
c/o Komyatte & Casbon, PC
9650 Gordon Drive
Highland, IN 46322-2909

Devry Inc
814 Commerce Dr
Oak Brook, IL 60523-8822

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Emp of Chicago LLC
4535 Dressler Rd NW
Canton, OH 44718-2545

Escallate Llc
5200 Stoneham Road
North Canton, OH 44720-1584

FIFTH THIRD BANK
PO BOX 9013
ADDISON, TEXAS 75001-9013

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

IL Dept of Revenue Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

Ice Mountain Spring Water
3215 Homeward Way
Fairfield, OH 45014-4237

Illiana Financial Cred
1600 Huntington Dr
Calumet City, IL 60409-5404

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Dept of Employment Security
Bankruptcy Unit Collection Subdivis
33 S State St 10th Floor
Chicago, IL 60603-2804

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5544

Illinois Tollway Authority
Attn: Legal Dept
2700 Ogden Ave.
Downers Grove, IL 60515-1703

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Joliet Auto Center
101 E Jackson
Joliet, IL 60432-1722

Khristine Jackson
2503 Echelon Circle
Matteson, IL 60443-3066

Latonia Young
6145 S Wabash Apt 2N
Chicago, IL 60637-2141

Letts Property Management
2001 Butterfield Rd.
Downers Grove, IL 60515-1088

Michelle Scott
5464 Georgia
Merrillville, IN 46410-1737

Millenium Credit Consultants
PO Box 18160
Saint Paul, MN 55118-0160

Mohela/dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

Munster Medical Research Foundation Inc
c/o Komyatte & Casbon, PC
9650 Gordon Drive
Highland, IN 46322-2909

Pan Am Coll
Po Box 5528
Bloomington, IL 61702-5528

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

ReadyRefresh Nestle
Nestle Waters North America Inc 216
6661 Dixie Hwy, Ste 4
Louisville, KY 40258-3950

Sanford Kahn Ltd
180 N LaSalle, Ste 2025
Chicago, IL 60601-2612

Secretary of State
Attn: Safety & Financial Resp
2701 S Dirksen Pkwy
Springfield, IL 62723-0002

TCF National Bank
Attn: Bankruptcy
800 Burr Ridge
Willowbrook, IL 60527-0865

The CKB firm
30 N LaSalle St, Suite 1520
Chicago, IL 60602-3387

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Dept of Education/MOHELA
633 Spirit Dr
Chesterfield MO 63005-1243

United Tranzactions
2811 Corporate Way
Miramar, FL 33025-3972

Village of Richton Park
Administrative Hearings
4455 Sauk Trail
Richton Park, IL 60471-1126

WORLD'S FOREMOST BANK
CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

Weltman Weinberg & Reis
180 N LaSalle St, Ste 2400
Chicago, IL 60601-2704

Worlds Foremost Bank N
4800 Nw 1st St Ste 300
Lincoln, NE 68521-4463

nicor gas
po box 549
Aurora il 60507-0549

Darnell Moore
7437 S Jeffery Blvd
Chicago, IL 60649-3621

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:  Darnell Moore )
)  Chapter 13
Debtor ) Judge Deborah L Thorne
) Case # 16-28498

## MOTION TO AUTHORIZE THE RELEASE OF INSURANCE PROCEEDS

Now comes Counsel for Darnell Moore, Meaghan Doyle of Gleason and Gleason, and respectfully states:

1. That Debtor filed the above captioned case under section 13 of the Bankruptcy Code on September 6, 2016.

2. That Debtor's case was confirmed on February 1, 2017.

3. That Debtor's 2003 Infiniti was in an accident in May 2017 and has been deemed a total loss.

4. That Debtor's vehicle is financed through Joliet Auto Center and is currently being paid in Debtor's Chapter 13 plan.

5. That Debtor's insurer, MetLife, has offered to pay $5,300.83 for the loss of the vehicle.

6. That Debtor seeks approval of the insurance payout and asks the Court to allow the insurance proceeds to be paid to Joliet Auto Center.

WHEREFORE, Debtor prays that this Court enter an order authorizing MetLife to release the insurance proceeds to Joliet Auto Center and any further relief that this court deems necessary.

Respectfully Submitted,

_/s/ Meaghan Doyle_
One of Attorneys for Debtor

Gleason and Gleason
Attorneys for Debtor
77 W. Washington, Suite 1218
Chicago, IL 60602
Ph (312) 578-9530
Fax (312) 578-9524
Julie Gleason #6273536
Troy Gleason #6276510
Meaghan Doyle #6296278